IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10817
Summary Calendar
_____


ELBERT SILAS GREEN,

                                        Plaintiff-Appellant,

versus

HENDRICK MEDICAL CENTER, Contractor for
Med-Dental Care for Middleton Unit; JOHN
MIDDLETON UNIT, Health Administrator; No
First Name COLLIER, DDS,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:97-CV-042-BA
- - - - - - - - - -
February 27, 1998
Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Elbert Silas Green, a Texas prisoner (# 764049), appeals
from the magistrate judge's order dismissing his civil rights
complaint without prejudice based on his failure to comply with a
March 6, 1997, district court order directing him to file a copy
of his inmate trust account statement in accordance with 28
U.S.C. § 1915(a)(2), as amended by the Prison Litigation Reform

---

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Act ("PLRA").  The magistrate judge did not abuse its discretion in dismissing Green's complaint, as the burden of ensuring that the account statement was produced fell on Green.  See Long v. Simmons, 77 F.3d 878, 879 (5th Cir. 1996); Morrow v. Collins, 111 F.3d 374, 375 (5th Cir. 1997).  Accordingly, the district court's judgment is AFFIRMED.

AFFIRMED.